JACOB BUDNITZKY, Appellant, *v.* K. ARAKELIAN, INC., Respondent, Impleaded with Others.

(Submitted January 2, 1935; decided January 8, 1935.)

*Frank I. Finkler* for motion.
*John Marx* opposed.

Motion denied, without costs.